**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Anthony Jose Parra Sandoval,<br>Petitioner,<br>v.<br>Unknown Party, et al.,<br>Respondents. | No. CV-26-06362-PHX-DJH<br>**ORDER** |

On September 22, 2026, the Court entered an order in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention. (Doc. 11.) On October 13, 2026, Petitioner filed an Emergency Motion to Enforce, indicating that the bond hearing held on September 28, 2026 did not comply with the Court's September 22, 2026 Order. (Doc. 14.)

**IT IS ORDERED** Respondents must file a response to Petitioner's Motion to Enforce no later than **October 23, 2026**. Respondents must provide evidence supporting what transpired at the bond redetermination hearing.

Dated this 16th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge